IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



BARBARA I. SMITH and WALTER EVANS, §
DERIVATIVELY ON BEHALF OF §
NOMINAL DEFENDANT CARREKER §
CORPORATION, §
§
Plaintiffs, §
§
v. § 3:03-CV-1211-M
§
JOHN D. CARREKER, JR., JAMES D. §
CARREKER, RICHARD R. LEE, JR., JAMES §
L. FISHER, DONALD L. HOUSE, DAVID K. §
SIAS, TERRY L. GAGE, §
§
Defendants. §

## ORDER

Before the Court is Plaintiffs' and Defendants' Agreed Motion to Dismiss Without

Prejudice. Under Federal Rule of Civil Procedure 23.1, a shareholder derivative action may not

be dismissed "without the approval of the court, and notice of the proposed dismissal . . . shall be

given to shareholders or members in such manner as the court directs." Accordingly, the Court

directs Plaintiffs to notify the Carreker shareholders via printed publication of the parties'

intention to voluntarily dismiss the present action. Plaintiffs are ordered to publish such notice in

*Investor's Business Daily* for a period of one week, beginning no later than November 17, 2003.

The notification shall direct the shareholders that any objections to the proposed dismissal shall

be transmitted to the Court, with the address stated, on or before December 15, 2003. The Court

will hold the Motion to Dismiss in abeyance pending the expiration of the thirty day objection

period.

**SO ORDERED.**

November __5__, 2003.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS